UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 27, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:17-mj-00065-AC |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| GARY ROBERTS, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Gary Roberts; Case 2:17-mj-00065-AC from custody and for the following reasons:

\_  Release on Personal Recognizance

\_  Bail Posted in the Sum of _____

X  Unsecured Appearance Bond in the amount of $25,000 unsecured bond cosigned by his wife Renee Roberts

\_  Appearance Bond with 10% Deposit

\_  Appearance Bond secured by Real Property

\_  Corporate Surety Bail Bond

X  (Other)Pretrial Supervision/Conditions as stated on the record:

**Defendant to be released on 4/28/2017 at 9:00 AM to attend Wellspace**

Issued at Sacramento, CA on 4/27/2017 at 2:10 pm

By _____
Kendall J. Newman
United States Magistrate Judge